**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Joseph Stern, by his parents and natural guardians, Mike and Linda Stern, Mike Stern, and Linda Stern,

Plaintiffs,

v.

Independent School District No. 281,

Defendant.

Civil No. 00-1278 (DWF/AJB)

**ORDER OF REFERENCE**

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), this case, including the Joint Motion for Expedited Hearing, is referred to Magistrate Judge Arthur J. Boylan.

Dated: July 10, 2000

DONOVAN W. FRANK
Judge of United States District Court

Filed JUL 10 2000
Francis E. Dosal, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ______________