**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**Joseph Stern, by his parents and natural guardians, Mike and Linda Stern, and,**

**Mike and Linda Stern,**

**Plaintiffs,**

**vs.**

**Independent School District No. 281,**

**Defendant.**

**Civil File No. 00-1278 AJB**

**ORDER**

In accordance with the stipulation of the parties

IT IS ORDERED:

1. Plaintiffs' Motion for Judgment on the Administrative Record and Memorandum in support of that will be served by July 21, 2000.

2. Defendant's Motion for Judgment on the Administrative Record and supporting Memorandum will be served by August 11, 2000.

3. Plaintiffs' Reply Memorandum will be served by August 16, 2000.

4. These documents will be filed with the Court on August 16, 2000.

5. Plaintiffs' counsel shall take necessary action to ensure that the Minnesota Department of Children, Families, and Learning lodges the administrative record with the Court on August 16, 2000.

FILED JUL 24
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

6. The hearing will be held on this matter before United States Magistrate Judge Arthur J. Boylan on August 23, 2000, at 1:30 p.m., in courtroom 628A of the United States Courthouse, St. Paul, Minnesota. Each party will be allowed 15 minutes for oral argument.

Dated: July 24th, 2000.

ARTHUR J. BOYLAN
United States Magistrate Judge