**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Joseph Stern, by his parents and natural guardians, Mike and Linda Stern, and Mike and Linda Stern,

Plaintiffs,

v.

Independent School District No. 281,

Defendant.

Civil No. 00-1278 (AJB)

**ORDER VACATING JUDGMENT**

---

In Order and Memorandum Opinion on Cross Motions for Judgment on the Record dated September 1, 2000, the Court, United States Magistrate Judge Arthur J. Boylan, ordered that judgment be entered in accordance with its Order denying plaintiffs' motion for judgment on the record and granting defendant's motion for judgment on the record. It subsequently came to the Court's attention that the matter was before the Magistrate Judge on referral from the District Court rather that by written consent of the parties.

**IT IS HEREBY ORDERED THAT**:

Judgment pursuant to the Order dated September 1, 2000, is **vacated**. The Court's statement in the Order asserting that the parties have voluntarily consented to exercise of jurisdiction by a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 is **stricken**. The Order and Memorandum Opinion shall be considered a **Report and Recommendation,** subject to further review by the District Court.



FILED SEP 07 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The parties are hereby advised that pursuant to Local Rule 72.1(c)(2), any party may object to the Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties, written objections which specifically identify the portions of the Report to which objections are made and the bases for each objection. This Report and Recommendation does not constitute an order or judgment from the District Court and it is therefore not directly appealable to the Circuit Court of Appeals. Written objections must be filed with the Court before September 15, 2000.

Unless the parties stipulate that the District Court is not required by 28 U.S.C. § 636 to review a transcript of the hearing in order to resolve all objections made to this Report and Recommendation, the party making the objections shall timely order and file a complete transcript of the hearing along with the objections.

Dated: 9/6/00

Arthur J. Boylan
United States Magistrate Judge